CITY & SUBURBAN HOMES CO. v. PEOPLE et al. (Supreme Court, Appellate Division, Second Department. June 20, 1913.) Action by the City & Suburban Homes Company against the People of the State of New York and others, in which George F. Martens, Jr., and another, appear as executors, etc.

PER CURIAM. Motion to resettle order denied, without costs. Motion for reargument de-

nied, without costs. Motion for leave to appeal to the Court of Appeals (from 142 N. Y. Supp. 924) denied, on the ground that leave is unnecessary.